ANNIE MALMUD, as Executrix of the Estate of NATHAN MALMUD, Deceased, Appellant, v. LILLIAN BLACKMAN, Also Known as LILLIAN E. FINKEL, and BENJAMIN BLACKMAN, Respondents, Impleaded with Others, Defendants.— Judgment

and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.